———o———

EBENEZER J. WRIGHT ET AL. v. WILLIAM H. SIMPSON, CIRCUIT JUDGE OF IOSCO COUNTY.

*Log-lien suit.*

This case is ruled by that of *Pack, Woods & Co. v. Iosco Circuit Judge, ante,* 135.

*Mandamus.* Submitted April 24, 1888. Denied May 3, 1888.

Relators applied for *mandamus* to compel respondent to quash a writ of attachment in a log-lien suit. The facts are

substantially stated in the opinion in *Pack, Woods & Co. v. Iosco Circuit Judge, ante,* 135.

*Shepard & Lyon,* for relators.

*Trask & Smith,* for respondent.

LONG, J.   Petition for *mandamus.*

The facts in this case are substantially the same as in *Pack, Woods & Co. v. Circuit Judge, ante,* 135, and this case must be ruled by that.

The writ must be denied.

SHERWOOD, C. J., CHAMPLIN and MORSE, JJ., concurred. CAMPBELL, J., did not sit.